# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-3000-DMS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE** |
| v. | |
| LUIS ANGEL CERVANTES, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Cervantes' trial date, currently scheduled for June 21, 2021 be rescheduled to *August 9, 2021*. It is further ordered that time should be excluded in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: May 26, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court