FILED

AUG 19 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR3000-DMS |
| Plaintiff, | |
| v. | **ORDER DIRECTING NON-DISCLOSURE** |
| LUIS ANGEL CERVANTES, | |
| Defendant. | |

The Court has reviewed the United States' *Ex Parte* Application for Order Regarding Disclosure, submitted to the Court on August 16, 2021.

Having reviewed the Government's *Ex Parte* Application, IT IS HEREBY ORDERED that the information provided to the Court in Paragraphs 6, 7, and 8 need not be disclosed to Defendant Luis Angel Cervantes pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963) or Rule 16 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the *Ex Parte* Application shall be sealed until further Court order.

IT IS FURTHER ORDERED that this Order shall not be sealed, and a copy shall be provided to counsel for Defendant.

IT IS SO ORDERED.

Date: August 18, 2021

THE HONORABLE DANA M. SABRAW
United States District Court Judge